IN THE SUPREME COURT OF TEXAS

 No. 09-0518

 IN RE CONTINENTAL AIRLINES, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed June 30, 2009, is
granted. The Amended Order on Petitioner Cynthia S. Herrera, as Attorney
in Fact for Sylvia C. Tena's Verified Petition to Take Deposition Before
Suit, dated June 24, 2009, in Cause No. C-1223-09-J, styled Cynthia A.
Herrera, as Attorney in Fact for Sylvia C. Tena, in the 430th District
Court of Hidalgo County, Texas, is stayed pending further order of this
Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., July 10, 2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 1, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk